UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | No. 3:03-00210-1 |
| | ) | CHIEF JUDGE HAYNES |
| | ) | |
| DAVID STARNES | ) | |

## AGREED ORDER

Pending before the Court is a Petition filed by the United States Probation Office requesting that the Court modify the terms and conditions of Mr. Starnes' supervised release. (D.E. 80).

The Court finds that the defendant has consulted with counsel regarding the requested modification. The parties have agreed with the express concurrence of the defendant that the terms and conditions of Mr. Starnes' supervised release ordered by this Court on November 27, 2006 (D.E. 50), be MODIFIED as follows:

> The defendant shall participate in a mental health program as directed by the United States Probation Office. The defendant shall pay all or part of the cost for mental health treatment if the United States Probation Office determines the defendant has the financial ability to do so or has appropriate insurance coverage to pay for such treatment.

All other terms and conditions of the defendant's supervised release shall remain in full force and effect.

IT IS FURTHER ORDERED that the hearing currently scheduled on September 10, 2012 at 4:00 p.m. to consider the modification, is hereby canceled upon entry of this order.

IT IS SO ORDERED.

ENTERED this _10th_ day of _September_____, 2012.

_____
WILLIAM J. HAYNES, JR.
Chief U.S. District Judge